IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03425-MJW

JORGE MONTES,
*on his own behalf and on behalf of all others similarly situated*,

Plaintiff,

v.

TAFOLINO'S INC., and
JUAN TAFOYA,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Plaintiff's Motion to Vacate Scheduling Conference (Docket No. 11) is GRANTED. The Scheduling Conference set for February 19, 2015, at 10:00 a.m. is VACATED, to be re-set at such time as an Order of Reference to a Magistrate Judge is entered by the court.

Date: February 18, 2015